Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Jonathan H. Semerjian (Bar No. 346217)
jsemerjian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
660 South Figueroa Street, Suite 1980
Los Angeles, California 90017
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Plaintiff-In-Interpleader
LIFE INSURANCE COMPANY OF NORTH AMERICA

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Plaintiff-In-Interpleader, <br><br> vs. <br><br> SONIA VERMA, Individually and as Guardian of A.M. and V.C. (MINORS); DEEPESH CHAUDHARY, as Trustee of the Bhuvnesh Chaudhary Separate Property Trust; PALLAVI SIKARWAR, as Guardian of S.C. (MINOR), <br><br> Defendants-In-Interpleader. | Case No. 3:23-cv-03756-TLT <br><br> **JOINT UNOPPOSED MOTION RE: DEPOSIT AND DISTRIBUTION OF INTERPLEADER POLICY BENEFITS AND INTEREST; [PROPOSED] ORDER** <br><br> Date:    No Hearing Requested <br> Ctrm:   9, 19th floor <br> Judge:   Hon. Trina L. Thompson <br><br> Complaint Filed:   July 27, 2023 |

///

///

///

///

///

///

///

///

///

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181590.1

1

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

1  Amanda L. Riddle (Bar No. 215221)
   alr@coreylaw.com
2  Sumble Manzoor
   sm@coreylaw.com
3  Dallas E. Dean
   ded@coreylaw.com
4  COREY, LUZAICH, DE GHETALDI &
   RIDDLE LLP
5  700 El Camino Real
   P.O. Box 669
6  Millbrae, CA 94030-0669
   Telephone:  (650) 871-5666
7  Facsimile:  (650) 871-4144
   **Attorneys for Defendant-in-Interpleader**
8  **Sonia Verma, Individually and as Guardian of A. M. and V. C.**

9  Joseph M. Morrill (Bar No. 187207)
   joe@morrill.law
10 G. Jeff Coons (Bar No. 182847)
   jeff@morrill.law
11 MORRILL LAW
   201 N. Civic Drive, Suite 230
12 Walnut Creek, CA 94596
   Telephone: (925) 322-8615
13 Facsimile: (925) 357-3151
   **Attorneys for Defendant-in-Interpleader** Deepesh Chaudhary
14 **as Trustee of the Bhuvnesh Chaudhary Separate Property Trust**

15 Andree D. Taylor (Bar No. 226117)
    taylorsolanolaw@gmail.com
16 Taylor Solano & Associates
   4695 Chabot Drive, 2nd Floor
17 Pleasanton, CA 94588
   Telephone: (888) 842-9422
18 Facsimile: (877)376-6335
   **Attorneys for Defendant-in-Interpleader**
19 **Pallavi Sikarwar, as Guardian of S.C.**

20

21      TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF

22 RECORD:

23      Please take notice that the Parties to this Matter, Plaintiff LIFE INSURANCE COMPANY

24 OF NORTH AMERICA ("LINA"), and Defendants SONIA VERMA ("Verma"), Individually and

25 as Guardian of A.M. and V.C. (MINORS); DEEPESH CHAUDHARY ("Deepesh"), as Trustee of

26 the Bhuvnesh Chaudhary Separate Property Trust; and PALLAVI SIKARWAR ("Sikarwar"), as

27 Guardian of S.C. (MINOR) ("the Defendants") (collectively, "the Parties"), by their undersigned

28 counsel, will and hereby do jointly move this Court for an Order allowing (1) LINA to deposit two

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181590.1

2

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

checks representing the Policy Benefits and interest in this matter; and (2) payment to be distributed to the Defendants in accordance with their Settlement Agreement (hereinafter "the Joint Unopposed Motion").   The Joint Unopposed Motion is based on this Notice and the attached Motion and Memorandum of Points and Authorities in Support thereof.  No Party opposes the Joint Unopposed Motion and a hearing is not necessary unless required by the Court.

Dated:  May 24, 2024

Nicole Y. Blohm
Jonathan H. Semerjian
MESERVE, MUMPER & HUGHES LLP

By:   /s/ Nicole Y. Blohm
Nicole Y. Blohm
Attorneys for Plaintiff-In-Interpleader
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Dated:  May 24, 2024

Amanda L. Riddle
Sumble Manzoor
Dallas E. Dean
COREY, LUZAICH, DE GHETALDI &
RIDDLE LLP

By:   /s/ Sumble Manzoor
Sumble Manzoor
Attorneys for Defendant-in-Interpleader
Sonia Verma, Individually and as
Guardian of A. M. and V. C.

Dated:  May 24, 2024

Joseph M. Morrill
G. Jeff Coons
MORRILL LAW

By:   /s/ G. Jeff Coons
G. Jeff Coons
Attorneys for Defendant-in-Interpleader
Deepesh Chaudhary as Trustee of the
Bhuvnesh Chaudhary Separate Property
Trust

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

181590.1

3

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

1

2  Dated:  May 24, 2024                          Andree D. Taylor
                                                 Taylor Solano & Associates
3

4
                                          By:    _/s/ Andree D. Taylor_____
5                                                Andree D. Taylor
                                                 Attorneys for Defendant-in-Interpleader
6                                                Pallavi Sikarwar, as Guardian of S.C.

7

8

9

10                    **Filer's Attestation - Local Rule 5-1.(i)(3)**

11          The filing attorney attests that she has obtained concurrence regarding the filing of this

12  document and its content from the signatories to this document.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**
181590.1

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

## I.      INTRODUCTION

Interpleader Plaintiff LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA" and/or "Plaintiff-in-Interpleader") and Interpleader Defendants SONIA VERMA ("Verma"), Individually and as Guardian of A.M. and V.C. (MINORS); DEEPESH CHAUDHARY ("Deepesh"), as Trustee of the Bhuvnesh Chaudhary Separate Property Trust; and PALLAVI SIKARWAR ("Sikarwar"), as Guardian of S.C. (MINOR) ("Interpleader Defendants") (collectively the "Parties"), by and through their respective counsel, jointly move the Court for an Order allowing (1) LINA to deposit the replacement checks representing the Policy Benefits plus interest with the Court; and (2) Defendants to received their agreed upon share of the Policy Benefits plus interest in accordance with the terms of their settlement agreement.

The Parties previously requested, and the Court granted, an Order allowing LINA to deposit the checks, and to distribute the payments to the Defendants ("the original Order") (Documents 27 and 28), however the checks were misplaced after being delivered to the court.  LINA processed new checks.  On or about May 23, 2024, counsel for LINA received the Replacement Checks from LINA and while the amounts are consistent with the original Order, the check numbers no longer matched and a new Order is necessary.  Once the Court issues the new Order allowing for the deposit of the Replacement Checks, LINA will deliver them to the court to be deposited and then distributed, in accordance with the original Order.

In accordance with the previous Orders, LINA understands and believes that once the Replacement Checks are deposited, LINA will be discharged, released and dismissed from the Action. (Documents Nos. 28 and 26)

In addition, once Defendants receive their respective distributions, they will file a Joint Stipulation to Dismiss the Action with Prejudice and this matter will be concluded. (Document 28)

## II.     FACTUAL AND PROCEDURAL BACKGROUND

On or about May 23, 2024, counsel for LINA received the two replacement checks to be deposited into the Court Registry Investment System ("CRIS") Disputed Ownership Fund ("DOF") pursuant to 28 U.S.C. §1335 and Rule 67 of the Federal Rules of Civil Procedure: (1) Check No. 00257927 in the amount of Three Hundred Three Thousand Nine Hundred Ninety-Eight Dollars

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181590.1

1

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

($303,998.00), which represents the death benefit proceeds payable under life insurance policy number FLX 962455, less attorneys' fees and costs; and (2) Check No. 00257928 in the amount of Six Hundred Seventy-Nine Dollars and Eighty-Eight Cents ($679.88), which represents interest on the benefits ("the Replacement Checks").  While the amounts are consistent with the Order allowing LINA to deposit the original checks, the Replacement Checks have different check numbers than the Court's original Order, and a new Order is therefore necessary.

Once the Court issues a new Order, LINA will mail the Replacement Checks to the Clerk of the Court / Finance Department, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102 to be deposited with the Court Registry Investment System ("CRIS") Disputed Ownership Fund ("DOF").  LINA will notify the Court and the Defendants of the delivery, pursuant to the Court's direction.  (Document 32)

Once the Replacement Checks are deposited, the Defendants request the Court to Order that payment be distributed as follows:

Policy Benefits:  $303,998.00:

a.  $9,426.00 to Sonia Verma ("Verma") (3% x $452,000.00 = $13,560.00 - $4,134.00 fees and costs = $9,426.00)

b.  $72,513.00 to Verma for V.C. (16.5% x $452,000.00 = $74,580.00 - $2,067.00 fees and costs = $72,513.00)

c.  $72,513.00 to Verma for A.M. (16.5% of $452,000.00 = $74,580.00 - $2,067.00 fees and costs = $72,513.00)

d.  $149,546.00 to Pallavi Sikarwar ("Sikarwar") for S.C. (34% of $452,000.00 = $153,680.00 - $4,134.00 fees and costs = $149,546.00)

Interest: $679.88

a.  $224.36 to Verma (33% x $679.88 = $224.36)

b.  $112.18 to Verma for V.C. (16.5% x $679.88 = $112.18)

c. $112.18 to Verma for A.M. (16.5% of $679.88 = $112.18)

d. $231.16 to Sikarwar for S.C. (34% of $679.88 = $231.16)

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

181590.1

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

The amounts are consistent with the Replacement Checks that LINA is prepared to deposit. The Parties agree that no Party will be prejudiced in the Court's granting of their Joint Unopposed Motion.  Once completed, the Parties believe that the Action will be ready to be dismissed with prejudice.

## III.    CONCLUSION

Based on the above facts and authority, the Parties respectfully request the Court find sufficient good cause and grant their Joint Unopposed Motion and to issue an Order allowing LINA to deposit the Replacement Checks with the CRIS DOF; and once deposited, to distribute the Policy Benefits plus interest to the Defendants in accordance with their Settlement Agreement.

Dated:  May 24, 2024

Nicole Y. Blohm
Jonathan H. Semerjian
MESERVE, MUMPER & HUGHES LLP


By:    _/s/ Nicole Y. Blohm_____
        Nicole Y. Blohm
        Attorneys for Plaintiff-In-Interpleader
        LIFE INSURANCE COMPANY OF
        NORTH AMERICA


Dated:  May 24, 2024

Amanda L. Riddle
Sumble Manzoor
Dallas E. Dean
COREY, LUZAICH, DE GHETALDI &
RIDDLE LLP


By:    _/s/ Sumble Manzoor_____
        Sumble Manzoor
        Attorneys for Defendant-in-Interpleader
        Sonia Verma, Individually and as
        Guardian of A. M. and V. C.

///

///

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181590.1

3

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

1

2  Dated:  May 24, 2024                    Joseph M. Morrill
                                           G. Jeff Coons
3                                          MORRILL LAW

4

5                                          By:    /s/ G. Jeff Coons
                                                 G. Jeff Coons
6                                                Attorneys for Defendant-in-Interpleader
                                                 Deepesh Chaudhary as Trustee of the
7                                                Bhuvnesh Chaudhary Separate Property
                                                 Trust
8

9

10

11  Dated:  May 24, 2024                    Andree D. Taylor
                                           Taylor Solano & Associates
12

13

14                                         By:    /s/ Andree D. Taylor
                                                 Andree D. Taylor
15                                               Attorneys for Defendant-in-Interpleader
                                                 Pallavi Sikarwar, as Guardian of S.C.
16

17

18

19                   **Filer's Attestation - Local Rule 5-1.(i)(3)**

20         The filing attorney attests that she has obtained concurrence regarding the filing of this

21  document and its content from the signatories to this document.

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

181590.1

4

**[PROPOSED] ORDER**

The Court, having considered the Joint Unopposed Motion filed by the Parties in this Action, and finding good cause therefor, hereby Orders as follows:

(1) Plaintiff in Interpleader LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") shall deposit the Replacement Checks with the Court Registry Investment System ("CRIS") Disputed Ownership Fund ("DOF"): (1) Check No. 00257927 in the amount of Three Hundred Three Thousand Nine Hundred Ninety-Eight Dollars ($303,998.00); and (2) Check No. 00257928 in the amount of Six Hundred Seventy-Nine Dollars and Eighty-Eight Cents ($679.88) (representing interest on the benefits) ("the Replacement Checks").

(2) Once the Replacement Checks are deposited, payments shall be distributed to Defendants as follows:

Policy Benefits:  $303,998.00:

a.  $9,426.00 to Sonia Verma ("Verma") (3% x $452,000.00 = $13,560.00 - $4,134.00 fees and costs = $9,426.00)

b.  $72,513.00 to Verma for V.C. (16.5% x $452,000.00 = $74,580.00 - $2,067.00 fees and costs = $72,513.00)

c. $72,513.00 to Verma for A.M. (16.5% of $452,000.00 = $74,580.00 - $2,067.00 fees and costs = $72,513.00)

d.  $149,546.00 to Pallavi Sikarwar ("Sikarwar") for S.C. (34% of $452,000.00 = $153,680.00 - $4,134.00 fees and costs = $149,546.00)

Interest: $679.88

a.  $224.36 to Verma (33% x $679.88 = $224.36)

b. $112.18 to Verma for V.C. (16.5% x $679.88  = $112.18)

c. $112.18 to Verma for A.M. (16.5% of $679.88 = $112.18)

d. $231.16 to Sikarwar for S.C. (34% of $679.88  = $231.16)

(3) Once the Replacement Checks are deposited, LINA shall be discharged, released and dismissed from the Action.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181590.1

1

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.

1  (4) Once Defendants receive their respective distributions, they shall file a Joint Stipulation to

2  Dismiss the Action with Prejudice.

3       **IT IS SO ORDERED.**

4

5  Dated: _____May 31, 2024_____, 2024

6                                     Hon. Trina L. Thompson
                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181590.1

2

Case No.  3:23-cv-03756-TLT
JOINT UNOPPOSED MOTION FOR
ATTORNEYS' FEES AND COSTS, ETC.